# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LOU LOIBEN'S PERSONALITIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 15 CV 1511 |
| vs. | ) |
| | ) |
| AKIB KHANANI, | ) |
| | ) |
| Defendant. | ) |

## TEMPORARY RESTRAINING ORDER

This matter comes before the Court on plaintiff Lou Loiben's Personalities, Inc. ("Personalities") motion for a temporary restraining order, pursuant to F. R. Civ. P. 65, with notice to the defendant, and the Court having reviewed Personalities' complaint, motion for temporary restraining order, and the declaration of Louis Loiben and heard oral argument from counsel for the parties,

**THE COURT FINDS THAT**:

A. Personalities has shown that it has clearly ascertainable rights in need of protection, namely, its Trade Secrets and the copyrights in the Personalities' Copyrighted Photos (as defined in the Complaint);

B. Personalities has shown that it is likely to succeed on the merits of its claims of copyright infringement, violation of the Illinois Trade Secret Act, violation of the Lanham Act, violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, and violation of the Illinois Uniform Deceptive Trade Practices Act;

C. Personalities has shown that it will suffer irreparable harm if an injunction does not issue and that the balance of harms weighs in its favor;

D. Personalities has shown that there is no adequate remedy in law or equity; and

E. Personalities has shown that an injunction will serve the public's interest.

**WHEREFORE, THE COURT ENTERS A TEMPORARY RESTRAINING ORDER** enjoining Akib Khanani, his agents, representatives, heirs, assigns, affiliates, and all persons active in concert or participation with him, from:

(1) Infringing Personalities' copyrighted works (*e.g.,* Defendant must take down all copyrighted photographs that he or his agents or persons in concert with him posted on his website or social media accounts);

(2) Encouraging or facilitating others to infringe Personalities' copyrighted works;

(3) Making any representation or implication of affiliation, connection, or association with or sponsorship or approval by Personalities (*e.g.*, Defendant must remove all posts with the hashtag #personalities or #personalitiesinc on his website or social media accounts).

This Temporary Restraining Order shall remain in full force and effect for fourteen days from the date hereof or until 4:00 p.m. on March 6, 2015, unless sooner modified or dissolved by this Court.

For good cause shown, bond is waived, this Court finding that Defendants will suffer no monetary damage if a Temporary Restraining Order is issued.

2/20/15

Jorge L. Alonso
United States District Judge