**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LOU LOIBEN'S PERSONALITIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15 CV 1511 |
| vs. ) | |
| ) | Honorable Jorge L. Alonso |
| ) | |
| AKIB KHANANI (a/k/a "DJ Akib", a/k/a "DJ ) | Magistrate Mary M. Rowland |
| Akib Entertainment") ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL AND AGREED PERMANENT INJUNCTION

This matter comes before the Court on the parties' joint stipulation for dismissal and agreed motion for permanent injunction pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 65.

**THE COURT FINDS THAT** pursuant to a settlement agreement, Plaintiff Lou Loiben's Personalities, Inc. ("Personalities") and Defendant Akib Khanani ("Khanani") jointly request that this Court enter the Permanent Injunction on the terms and in the form below:

**WHEREFORE, THE COURT ENTERS AN AGREED PERMANENT INJUNCTION** enjoining Akib Khanani, his agents, representatives, heirs, assigns, affiliates, and all persons active in concert or participation with him, from:

(1) Infringing Personalities' copyrighted works;

(2) Encouraging or facilitating others to infringe Personalities' copyrighted works; and

(3) Making any representation or implication of affiliation, connection, or association with or sponsorship or approval by Personalities (*e.g.*, Defendant must remove all posts with the hashtag #personalities or #personalitiesinc on his website or social media accounts).

**IT IS FURTHER ORDERED** that, pursuant to the parties' agreement, all remaining claims are dismissed with prejudice to the re-filing of same.

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses be borne by the party incurring the same.

This is a final judgment as to the parties herein. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Permanent Injunction. Civil case terminated.

SO ORDERED.

3/12/15

Jorge L. Alonso
United States District Judge